# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIO ACCOMANDO,
Appellant,

vs.

GEORGANN ROSE ACCOMANDO,
Respondent.

No. 85275

FILED

SEP 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a divorce decree. Eighth Judicial District Court, Family Court Division, Clark County; Amy Mastin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal was untimely filed under NRAP 4(a) because it was filed more than 30 days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The divorce decree was filed on June 29, 2022, and written notice of entry was served on appellant on July 6, 2022. Appellant did not file the notice of appeal until August 29, 2022, well after expiration of the 30-day appeal period. NRAP 4(a)(1). An untimely notice of appeal fails to vest jurisdiction in this court. *Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____ , J.
Hardesty

_____ , J.
Stiglich

_____ , J.
Herndon

---

[1]Appellant's motion for a stay is denied as moot.

cc: Hon. Amy Mastin, District Judge, Family Court Division
Mario Accomando
Reza Athari & Associates, PLLC.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA